BURNS, Respondent, v. BURNS, Appellant. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by Nellie Burns against Philip J. Burns. No opinion. Order affirmed, with $10 costs and disbursements.

BUSH, Respondent, v. BLISS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by J. Adriance Bush against George Bliss and others. No opinion. Order modified, with $10 costs and disbursements to appellant, so as to provide that the discontinuance be granted on payment by the plaintiff of the defendants' disbursements and taxable costs, not including any extra allowance; and in default of such payment, within 20 days, the motion to discontinue is denied, with $10 costs.

CALKINS, Plaintiff, v. POSTAL TEL. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Myron R. Calkins against the Postal Telegraph Company. No opinion. Defendant's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict, with costs.

CAMERON v. ALLEN. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by James Cameron against Louise Allen. No opinion. Motion granted, with $10 costs.

CAPPARELLA, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Maddalena Capparella against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CARLL, Respondent, v. LONG ISLAND CITY, Appellant. HEIBERGER, Respondent, v. SAME, Appellant. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Edward Carll against Long Island City, and thirteen other cases. Action by William Heiberger against Long Island City, and three other cases. No opinion. Judgments affirmed, with costs, on opinion of WOODWARD, J., in Koelesch v. City of New York (decided this day) 54 N. Y. Supp. 110.

CASHMAKER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Sarah Cashmaker against the Nassau Electric Railroad Company.

PER CURIAM. Order denying motion for a new trial on newly-discovered evidence reversed, and new trial granted, upon appellant paying respondent, within 10 days, the trial fee and disbursements of the trial, and one-half of the extra allowance granted by the court, in which case the appeal from the judgment and order is dismissed, without costs, and the judgment vacated. If the defendant fails to make such payment within the time aforesaid, then judgment and orders unanimously affirmed, with costs.

CLAFLIN, Respondent, v. MOENCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by William Claflin against Christopher Moench and others. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

CLARK, Appellant, v. McCANN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Hiram G. Clark against George McCann and another, as administrators, etc. No opinion. Judgment affirmed; with costs.

COHEN, Appellant, v. ANDREWS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Benjamin Cohen, an infant, etc., against William D. Andrews. No opinion. Judgment of the county court of Onondaga county and of the municipal court of the city of Syracuse reversed, with costs. Rice v. Butler, 25 App. Div. 388, 49 N. Y. Supp. 494, followed. All concur, except ADAMS and WARD, JJ., who dissent.

COLE, Appellant, v. DOUGLASS et al., Respondents. Appeal of WATERTOWN ELECTRIC LIGHT CO. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by John D. Cole against John D. Douglass and others. No opinion. Appeal of Watertown Electric Light Company dismissed, without costs. So much of the judgment as prohibits a sale of the property under the execution in favor of the plaintiff, and as awards costs against the plaintiff, reversed, and a new trial ordered, with costs to the appellant to abide the event.

COLWELL, Respondent, v. TIETIG, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Harry E. Colwell against Frederick Tietig. No opinion. Order reversed, with $10 costs and disbursements to abide the event of the action; and motion to change place of trial granted, upon defendant delivering to plaintiff a stipulation that the case may be placed on the short-cause calendar for trial, and, in default of such stipulation, then the order appealed from is affirmed, with $10 costs and disbursements. All concur, except HATCH and WOODWARD, JJ., dissenting.

In re COOK. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) In the matter of the admission of George Cook, as an attorney and counselor in the courts of the state of New York. No opinion. Proof should be furnished that no application has been made in any other department.